

Illinois Department of Financial and Professional Regulation

## Lookup Detail View

### Contact

| Name | City/State/Zip | DBA/AKA |
|---|---|---|
| DYNAMIC RECOVERY SOLUTIONS LLC | Greenville, SC 29615-5720 | |

Contact Information

### License

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 017021313 | LICENSED COLLECTION AGENCY | ACTIVE | 10/19/2009 | 05/01/2015 | 05/31/2018 | N |

License Information

Generated on: 5/8/2017 10:22:42 AM



EXHIBIT B