# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Michael Falbo

                                    Plaintiff,

v.                                                             Case No.: 1:17−cv−03740

                                                                      Honorable John J. Tharp Jr.

Dynamic Recovery Solutions, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2017:

        MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Defendants counsel was unable to appear in person. Parties have reached a settlement. Parties' joint oral motion to dismiss the case without prejudice and with leave to reinstate for 60 days is granted pursuant to Rule 41(a)(2). Absent reinstatement of the complaint by the plaintiff on or before 9/18/17, the dismissal will convert to a dismissal with prejudice without further action of the Court. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.